Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Matthew A. Stone
Assistant United States Attorney
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 07 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON KELLY ROOT,<br><br>Defendant. | 1:22-CR-2063-SMJ<br><br>INDICTMENT<br><br>Vio.: 18 U.S.C. §§ 1153, 1111<br>Crime on Indian Reservation<br>Second Degree Murder<br>(Counts 1 -2)<br><br>18 U.S.C. §§ 1153 and 1112<br>Crime on Indian Reservation<br>Involuntary Manslaughter<br>(Counts 3 - 4)<br><br>18 U.S.C. §§ 1153, 113(a)(6)<br>Crime on Indian Reservation<br>Assault Resulting in Serious Bodily<br>(Counts 5 - 6) |

The Grand Jury charges:

INDICTMENT                              1

## COUNT 1

On or about June 11, 2017, in the Eastern District of Washington, within the exterior boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, BRANDON KELLY ROOT, an Indian, unlawfully killed M.G., with malice aforethought, all in violation of 18 U.S.C. §§ 1153, 1111.

## COUNT 2

On or about June 11, 2017, in the Eastern District of Washington, within the exterior boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, BRANDON KELLY ROOT, an Indian, unlawfully killed J.C., with malice aforethought, all in violation of 18 U.S.C. §§ 1153, 1111.

## COUNT 3

On or about June 11, 2017, in the Eastern District of Washington, within the exterior boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, BRANDON KELLY ROOT, an Indian, unlawfully killed M.G., while in the commission of an unlawful act not amounting to a felony, that is: 1) by operating a vehicle in willful and wanton disregard for the safety of persons and property contrary to Wash. Rev. Code § 46.61.500; and 2) while operating a motor vehicle while under the influence of or affected by alcohol contrary to Wash. Rev. Code § 46.61.502; in that BRANDON KELLY ROOT operated a motor vehicle without due caution and circumspection and with a wanton and reckless disregard of human life, and knew that his conduct imperiled the lives of others and had knowledge of such circumstances as could reasonably be said to have made foreseeable to him the peril for which his acts might subject others, all in violation of 18 U.S.C. §§ 1153, 1112.

INDICTMENT                             2

## COUNT 4

On or about June 11, 2017, in the Eastern District of Washington, within the exterior boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, BRANDON KELLY ROOT, an Indian, unlawfully killed J.C., while in the commission of an unlawful act not amounting to a felony, that is: 1) by operating a vehicle in willful and wanton disregard for the safety of persons and property contrary to Wash. Rev. Code § 46.61.500; and 2) while operating a motor vehicle while under the influence of or affected by alcohol contrary to Wash. Rev. Code § 46.61.502; in that BRANDON KELLY ROOT operated a motor vehicle without due caution and circumspection and with a wanton and reckless disregard of human life, and knew that his conduct imperiled the lives of others and had knowledge of such circumstances as could reasonably be said to have made foreseeable to him the peril for which his acts might subject others, all in violation of 18 U.S.C. §§ 1153, 1112.

## COUNT 5

On or about June 11, 2017, in the Eastern District of Washington, within the exterior boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, BRANDON KELLY ROOT, an Indian, willfully assaulted J.A., resulting in serious bodily injury, by driving a vehicle while under the influence of or affected by intoxicating liquor and by driving a vehicle in willful or wanton disregard for the safety of persons or property, all in violation of 18 U.S.C. §§ 1153, 113(a)(6).

## COUNT 6

On or about June 11, 2017, in the Eastern District of Washington, within the exterior boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, BRANDON KELLY ROOT, an Indian, willfully assaulted Minor 1, resulting in serious bodily injury, by driving a vehicle while under the influence

of or affected by intoxicating liquor and by driving a vehicle in willful or wanton disregard for the safety of persons or property, all in violation of 18 U.S.C. §§ 1153, 113(a)(6).

DATED this 7th day of June, 2022.

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Matthew A. Stone*
Matthew A. Stone
Assistant United States Attorney

*Michael D. Murphy* For
Michael D. Murphy
Assistant United States Attorney

INDICTMENT 4