UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 23, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Root, Brandon Kelly | Docket No. | 0980 1:22CR02063-SMJ-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Brandon Kelly Root, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 13th day of June 2022, under the following conditions:

<u>Additional Condition of Release #17</u>: Defendant shall refrain from any use of alcohol.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 14, 2022, the conditions of pretrial release were verbally reviewed with Mr. Root. On August 12, 2022, they were reviewed again and signed by Mr. Root acknowledging and understanding of his conditions.

<u>Violation #1</u>: Mr. Root is alleged to be in violation of his pretrial release conditions by consuming alcohol on or about August 21, 2022.

On June 20, 2022, Mr. Root secured a portable Breathalyzer testing device from Safety Services of Central Washington (SSCW). Currently, Mr. Root is subject to three tests per day due to his employment schedule Monday through Friday and to allow for adequate sleep time.

On August 22, 2022, this officer received a report of noncompliance from SSCW advising at 7:58 a.m. on August 21, 2022, Mr. Root tested positive for alcohol. Per the report, he was contacted immediately via telephone by SSCW staff and he admitted to consuming alcohol with his cousin. According to the report, Mr. Root's alcohol level at 7:58 a.m. was 0.023. Per SSCW, based on the positive results, he was directed to test every 30 minutes. A second test was submitted at 8:15 a.m. which tested negative.

On August 22, 2022, this officer made telephone contact with Mr. Root asking about the alcohol consumption. Mr. Root admitted his cousin came to his house in the early morning of August 21, 2022, and brought beer with him. Mr. Root admitted prior to telling his cousin to leave, he consumed beer with his cousin. Mr. Root shared he made "a mistake in a moment of weakness." Per Mr. Root, he and his cousin are struggling with the recent loss of family members and he "made a decision based on emotion."

    PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:    August 23, 2022 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

Re: Root, Brandon Kelly
August 23, 2022
Page 2

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

August 23, 2022
Date