PS 8 (3/15)

Case 1:22-cr-02063-MKD    ECF No. 71    filed 03/10/23    PageID.219    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2023

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Root, Brandon Kelly | Docket No. | 0980 1:22CR02063-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Brandon Kelly Root, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 13th day of June 2022, under the following conditions:

Additional Condition of Release #17: Defendant shall refrain from any use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 14, 2022, the conditions of pretrial release were verbally reviewed with Mr. Root. On August 12, 2022, they were reviewed again and signed by Mr. Root acknowledging an understanding of his conditions.

Violation #1: Mr. Root is alleged to be in violation of his pretrial release conditions by consuming alcohol on or about March 8, 2023.

This officer received an email from Safety Services of Central Washington (SSCW) stating that on March 8, 2023, Mr. Root missed his 7 a.m. Breathalyzer Analysis (BA) test that day, and subsequently began testing positive for alcohol. This officer inquired as to why Mr. Root chose to consume alcohol on that date. Mr. Root replied that he was upset about an incident that happened in substance abuse treatment combined with being recently terminated from work and made a bad decision to consume a "six pack of tallboys." This officer informed Mr. Root that a report would be submitted to the Court, and Mr. Root voiced his understanding.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    March 9, 2023

by    s/Kyle Mowatt

Kyle Mowatt
U.S. Pretrial Services Officer

PS-8
**Re: Root, Brandon Kelly**
**March 9, 2023**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

March 10, 2023
Date