Alex B. Hernandez, III
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Brandon Kelly Root

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Mary K. Dimke

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br><br>        v.<br><br>Brandon Kelly Root,<br><br>                              Defendant. | No.  1:22-CR-2063-MKD<br><br>Defendant's Sentencing Memorandum |

    Brandon Root committed serious offenses.  He was driving while intoxicated when he collided with another car, killing two adults, and injuring a minor child and another adult.  There is nothing he can say or do that will ease the pain, suffering and loss the victims' families have experienced because of his actions.  Nor is any sentence the Court imposes likely to be sufficient for the families of the victims.

    At the time of the collision, Mr. Root had been struggling with alcohol abuse for many years.  While not an excuse for his actions, it appears his alcohol abuse

Defendant's Sentencing
Memorandum:  1

started at some point when he was in the military and progressed over the years.

When he returned home after completing his service, his sisters noticed a change in

Mr. Root.  His sister, Colithea Strong, stated that:

> "Ever since his [Brandon's] honorable discharge from the military, he suffers from
> PTSD and struggles with his emotions. As his sister, I have witnessed some of his
> personal difficulties. We share a close and distant bond. He does not express any of his
> personal feelings with anyone at all because he keeps those memories and traumas to
> himself and it builds within him. Brandon has tried so hard to work on his PTSD issues,
> but the things he has witnessed overwhelms him."

*Declaration of Counsel in Support of Sentencing Memorandum ("Dec."):  Exhibit A – Letter from
Colithea Strong.*

Another sister, Georgia Garcia, indicated:

> "Brandon served in the armed forces for about 10 years. He served in a several places,
> I believe Korea was the longest. I cannot imagine the things he witnessed but I know that
> some of the incidents were horrific & life changing. Though he never talked about them,
> the affect of them showed in his being. He came back changed man. My brother never
> drank before the army. Not even after the many childhood traumas he endured. Some
> unspeakable things."

*Dec.: Exhibit A – Letter from Georgia Garcia.*

Unfortunately, Mr. Root's continued alcohol abuse after being discharged from

the military, resulted in serious consequences, and he now faces a significant term of

imprisonment.  Mr. Root recognizes his conduct justifies a term of imprisonment, and

he requests the Court impose a sentence of 96 months under the Rule 11(c)(1)(C) plea

agreement.

//

//

Defendant's Sentencing
Memorandum:  2

**I. Base Offense Level and Enhancements.**

Mr. Root had no objections to the guideline calculations in the Presentence

Investigation Report.  [ECF No. 79].

**II. Departures.**

Mr. Root is not seeking a downward departure.

**III. Sentencing Under 18 U.S.C. § 3553(a)**

The determining an appropriate sentence, the Court must consider the

sentencing factors of § 3553(a), as well as the nature and circumstances of the offense

and the characteristics of the defendant in fashioning a sentence.  The sentence

imposed by the Court must be "sufficient, but not greater than necessary to

accomplish the goals of sentencing."  *Kimbrough v. United States*, 552 U.S. 85 (2007).

Under the Rule 11(c)(1)(C) plea agreement, Mr. Root requests the Court impose a

sentence of 96 months imprisonment and a 3-year term of supervised release.  Such a

sentence is sufficient but not greater than necessary to meet the goals of sentencing.

**1.  Nature and Circumstances of the Offense**.

On June 11, 2017, Mr. Root was involved in a two-car collision on the Yakama

Indian Reservation.  Mr. Root crossed the centerline and struck another vehicle head

on.  When officers contacted Mr. Root at the scene, he showed signs of intoxication,

he stated he had been drinking and they found beer in his car.  Mr. Root's BAC level

was over the legal limit and confirmed that he had been drinking.  Two adults in the

Defendant's Sentencing
Memorandum:  3

other vehicle died from their injuries, the driver and a passenger seated in the driver's side backseat. A 6-year-old minor seated in the front passenger seat and another adult seated in the passenger side backseat suffered serious injuries. [ECF No. 79 at pg. 6]. According to the discovery, a toxicology report indicated the deceased driver tested positive for drug use.

Mr. Root pled guilty to two counts of Involuntary Manslaughter and two counts of Assault Resulting in Serious Bodily Injury. Based on the nature and circumstances of the offense, a sentence of 96 months imprisonment and 3 years of supervised release is sufficient but not greater than necessary to meet the goals of sentencing.

**2. History and Characteristics of Brandon Kelly Root**.

The Court must also consider Mr. Root's history and characteristics when determining an appropriate sentence. Mr. Root was born and raised in the Yakima Valley, primarily on the Yakama Indian Reservation. Life on the reservation was difficult for Mr. Root. He experienced neglect and trauma as a young boy. His parents suffered from substance abuse issues and, when he was young, he had little contact with his father. Mr. Root and his sister did not have a stable living environment as children and spent a lot of time with his grandmother due to their parents' alcohol use. *Id.* at ¶115. However, as noted in the PSIR, even living at his grandmother's residence was not a safe place for Mr. Root. *Id.* at ¶128.

Defendant's Sentencing
Memorandum: 4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Mr. Root graduated from high school and enlisted in the U.S. Army a month after graduation in 1995. Mr. Root was in the Army for eight (8) years and was honorably discharged in 2003 with a rank of Sergeant.  Since his discharge, Mr. Root has mostly maintained employment primarily working for different agencies on the Yakama Reservation.  His last employment was with Legends Casino for almost five (5) years as a maintenance, housekeeping and handyman.  *Id.* at ¶¶s 138, 141-143.

Even though he's maintained employment for many years, Mr. Root has struggled with alcohol abuse for 20+ years.  While his family has a history of alcoholism, Mr. Root did not use alcohol regularly until the age of 25 when he was in the military.  *Id.* at ¶¶s130, 137.  Mr. Root used alcohol to help deal with the stress and responsibilities of his duties, as well as difficulties in his personal life.  Because of where he was stationed, Mr. Root did not feel he could go anywhere to deal with the stress he was experiencing.  *Id.*  It was not until 2010 that Mr. Root's problem with alcohol spiraled out of control resulting in several convictions for driving while under the influence.  *Id.* at pgs. 10-15.

Mr. Root tried to address his alcohol use and participated in substance abuse treatment for alcohol abuse on several occasions and completed outpatient and inpatient treatment.  However, Mr. Root could not maintain his sobriety which resulted in further alcohol abuse, and the tragic death of two individuals and serious

injuries to two other individuals.  After the 2017 accident, Mr. Root maintained his sobriety for four (4) years, from 2017 until 2021.  *Id.* at ¶¶s130-136.

In December 2021, Mr. Root was charge with DUI.  When asked about the pending DUI charge from December 2021, Mr. Root explained he and his sister were tasked with wrapping his father's body and removing him from his home.  Unable to cope with these events and the loss of another relative, Mr. Root again consumed alcohol leading to the DUI charge.  *Id.* at ¶131.  In August 2022, he was diagnosed with a severe alcohol use disorder.  Mr. Root recognizes his alcohol use is tied to his mental health issues, and his consumption occurs when experiencing feelings of sadness.  *Id.* at ¶135.

Mr. Root previously tried to seek help for his mental health issues.  He sought mental health treatment in 2014 to help him cope with trauma he experienced as child and in the military but could not pursue treatment due to his legal issues.  Mr. Root has experienced depression and PTSD type symptoms for many years related to his service in the military and his childhood trauma.  *Id.* at ¶¶s127-129.  Mr. Root also experienced depression after the accident in 2017 and was prescribed an antidepressant while recovering in a rehabilitation center in Yakima, Washington.  *Id.* Besides experiencing depression, Mr. Root also suffered serious injuries to his left arm and left leg requiring surgery and long-term physical therapy.  *Id.* at ¶¶s123, 125.

Defendant's Sentencing
Memorandum:  6

The events in this case are difficult and tragic. Many lives have been, and will continue to be, affected for many years because of Mr. Root's actions. While a term of imprisonment is warranted, considering Mr. Root's history and characteristics, a sentence of eight (8) years imprisonment and 3 years of supervised release is sufficient.

Mr. Root served his country honorably for many years. Unfortunately, his service took a heavy toll on Mr. Root resulting in alcohol abuse that spiraled out of control after his service. His service and childhood trauma also led to mental health issues which he believes contribute to his alcohol abuse and that he needs to address. Despite his struggles, Mr. Root still provided for his children and supported other members of his family and community. Letters of support provided by his family describe Mr. Root as a hard worker, a good father, a role model, someone who encourages others to do better, someone who "provided deer/elk meat for traditional gatherings and [taught] the younger ones the ways of our people so our traditions [weren't] lost," and who is involved in his community's memorials and services. *Dec.: Exhibits A-C.* Thus, when Mr. Root maintains his sobriety, he can be productive member of community and do well.

Therefore, considering Mr. Root's history and characteristics, a sentence of eight (8) years is sufficient but not greater than necessary to meet the goals of sentencing under 18 U.S.C. § 3553(a).

Defendant's Sentencing
Memorandum: 7

1

2                                    **Conclusion**.

3

4        Mr. Root requests the Court impose a sentence of 96 months imprisonment

5   and 3 years of supervised release.  Mr. Root requests the Court recommend placement

6   at FCI Sheridan.

7        Dated:  June 26, 2023.

8

9                                    Respectfully Submitted,

10                                   s/Alex B. Hernandez, III
                                     Alex B. Hernandez, III, 21807
11                                   Attorney for Brandon Kelly Root
                                     Federal Defenders of Eastern
12                                   Washington and Idaho, Attorneys for
                                     306 East Chestnut Avenue
13                                   Yakima, Washington 98901
                                     (509) 248-8920
14                                   (509) 248-9118 fax
                                     Ben_Hernandez@fd.org
15

16

17

18

19

20

21

22

23

24

25

Defendant's Sentencing
Memorandum:  8

1
2
3
4
5
6
7

CERTIFICATE OF SERVICE

8

I certify that on June 26, 2023, I electronically filed the foregoing with the Clerk

9

of the Court using the CM/ECF System which will send notification of such filing to:

10

11

Michael Murphy, Assistant United States Attorney, and Jennifer M. Dykstra, United

12

States Probation Officer.

13

s/Alex B. Hernandez, III

14

Alex B. Hernandez III, 21807

15

Attorney for Brandon Kelly Root

16
17
18
19
20
21
22
23
24
25

Defendant's Sentencing
Memorandum:  9