Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO: 1:22-CR-2063-MKD |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | PLAINTIFF'S SENTENCING MEMORANDUM |
| BRANDON KELLY ROOT, | ) ) ) | |
| Defendant. | ) ) | |

    Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Michael D. Murphy, Assistant United States Attorney, submits the following sentencing memorandum. The Government is seeking a sentence of ninety-six months in prison followed by three years of supervised release.

Plaintiff's Sentencing Memorandum      1

I.

SENTENCING CALCULATIONS

The Government agrees with the sentencing guidelines calculations in the PSIR. The PSIR sets out a guideline sentencing range of ninety-two to one hundred and fifteen months incarceration. PSIR, ECF No. 79 ¶ 151.

II.

GOVERNMENT'S OBJECTION TO PSIR

The Government has no objections to the PSIR.

III.

SENTENCING FACTORS UNDER 18 U.S.C. §3553(a)

The Guidelines are the starting point and the initial benchmark for the sentencing process. *Kimbrough v. United States*, 128 S. Ct. 558 (2007). The Court "take[s] into account the totality of the circumstances" to determine whether a sentence is reasonable. *Gall v. United States*, 128 S. Ct. 586, 597 (2007).

1. <u>The nature and circumstances of the offense and the history and characteristics of Defendant.</u>

In the instant case, the Defendant was driving on U.S. 97 in the early morning hours of June 11, 2017 when he crossed the center line of the highway and struck a vehicle carrying the victims head-on. ECF 79, ¶ 13. The Defendant was under the influence of alcohol. *Id.* at ¶ 14. The Defendant admitted to an investigating officer that he had been drinking alcohol that day. *Id.* at ¶ 15. Two of

the passengers in the other vehicle died and two were severely injured. ECF 79, ¶¶ 16-18. Defendant has had four prior conviction for driving under the influence of alcohol. ECF 79, ¶¶ 71, 76, 84, 92.

   2. <u>The need for the sentence imposed to reflect the seriousness of the offense, promote respect for the law, and to provide just punishment.</u>

The Defendant's conduct in driving under the influence of alcohol led to the death of two people and the serious injury of two others, as well as himself. The tragic results of the Defendant's decision to get into the driver's seat of a vehicle, despite consuming alcohol mandate a significant sentence.

   3. <u>The need for the sentence imposed to afford adequate deterrence to criminal conduct.</u>

A sentence of ninety-six months should serve to deter further criminal conduct by the Defendant. Defendant qualifies for acceptance of responsibility. ECF 79, ¶¶ 59-60.

   4. <u>The need for the sentence imposed to protect the public from further crimes of Defendant.</u>

A sentence of eighty-six months would protect the public from any further crimes by the Defendant for a substantial period of time.

   5. <u>The need for the sentence imposed to provide Defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.</u>

The Defendant has engaged in the abuse of alcohol for years. ECF 69, ¶ 130. He has engaged in substance abuse treatment, completing inpatient treatment and

outpatient treatment. *Id.* at 133, 134.  He still appears to have a need for substance abuse treatment. A sentence of eighty-six months imprisonment would permit the Defendant to obtain such treatment while in custody.

IV.

GOVERNMENT'S SENTENCING RECOMMENDATION

The United States recommends that the Court impose a sentence of eighty-six months in prison followed by three years of supervised release.  The government does not seek the imposition of a criminal fine, as the Defendant has limited resources and restitution may be sought by the victims or their families.

Respectfully submitted this 27th day of June, 2023.

> VANESSA R. WALDREF
> United States Attorney
>
> s\ Michael D. Murphy
> MICHAEL D. MURPHY
> Assistant United States Attorney

I hereby certify that on May 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will send notification of such filing to counsel for the Defendant.

s\ Michael D Murphy
MICHAEL D. MURPHY
Assistant United States Attorney
United States Attorney's Office
402 E. Yakima Ave., Suite 210
Yakima, WA   98901
(509) 454-4425
Fax (509) 454-4435
