# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>-vs-<br>BRANDON KELLY ROOT,<br><br>                            Defendant. | Case No.      1:22-CR-02063-MKD<br>**CRIMINAL MINUTES**<br>DATE:      JULY 11, 2023<br>LOCATION:  YAKIMA<br><br>**SENTENCING HEARING** |
|---|---|

| **Honorable Mary K. Dimke** |||
|---|---|---|
| Cora Vargas | 03 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Michael Murphy || Alex B. Hernandez |
| **Government Counsel** || **Defense Counsel** |
| **United States Probation Officer:**   Jennifer Dykstra |||

[ X ]  Open Court            [  ]  Chambers            [  ]  Video Conference

Defendant present in custody of the US Marshal.

The Court confirmed the parties are ready to proceed to sentencing and informed the parties of the documents the Court has reviewed in preparation for sentencing.

Mr. Hernandez confirmed he has reviewed and discussed the Presentence Investigation Report with the defendant, including the proposed conditions of release.

The Court provided findings on the sentencing guideline calculations contained in the Presentence Investigation Report; no objection by counsel; Presentence Investigation Report accepted by the Court.

Diona Bennett-Pimms, minor victim S.L., Trina Stevens, Sophia Quiroz, and Reneto Quiroz addressed the Court.

Mr. Murphy provided sentencing recommendations on behalf of the government.

Georgia Garcia addressed the Court on behalf of the defendant.

Mr. Hernandez provided sentencing recommendations and comments on behalf of the defendant.

The defendant addressed the Court on his own behalf.

The Court addressed the defendant and imposed sentence:

The Rule 11(c)1(c) Plea Agreement entered into between the parties at the change of plea hearing is accepted by the Court.

# [ X ]  ORDER FORTHCOMING

| CONVENED:  3:17 P.M. | ADJOURNED:  4:19 P.M. | TIME:  1:02 HR. | CALENDARED   [ X ] |
|---|---|---|---|

*USA -vs- ROOT*  
1:22-CR-02063-MKD  
Sentencing Hearing

July 11, 2023  
Page 2

- **Imprisonment:** 96 months on Counts 3 – 6, to be served concurrently. The Court recommends placement at FCI Sheridan, Oregon.

- **Supervised Release:** 3 years on Counts 3 – 6, to run concurrent, on mandatory, standard and special conditions listed in the Presentence Investigation Report.

- **Fine**: waived

- **Special Penalty Assessment**: $400.00 total ($100 per count)

- **Restitution**: TBD at a restitution hearing if restitution is sought.

Appeal rights given to the extent any exist.

Mr. Murphy moved to dismiss all remaining counts  
**Court**: granted

**Restitution hearing is set** for **August 15, 2023, at 9:00 a.m. in Yakima**. If restitution is not sought by this date, the government shall inform the Court and the hearing will be stricken. Defendant shall remain housed in the Eastern District of Washington until the restitution hearing and shall be present for the hearing.

Defendant remanded to the custody of the US Marshal.